# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IECI,<br><br>       Plaintiff,<br>v.<br><br>DIE PROCESS CONTROL SYSTEMS LLC and MACHINE INTERGRATED SOLUTIONS LLC,<br><br>       Defendants. | Case No. 17-CV-1273-JPS<br><br>**ORDER** |

On January 10, 2018, the plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket #4). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #4) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice.**

Dated at Milwaukee, Wisconsin, this 12th day of January, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge